KATHLEEN MILLER et al., Respondents, v MERCY HOSPITAL, Appellant. [836 NYS2d 481]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered August 23, 2006 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.